UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

Wayne Freer

　　　　　　　　　Debtors

Case No.: 19-10179

Adv. No:

Hearing Date:

Chapter: 13

Judge: Kathryn C. Ferguson

# CERTIFICATION IN OPPOSITION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

I, Wayne Freer, the Debtor in the above-captioned matter, by way of Certification in Opposition to the Application for early termination of loss mitigation period, do hereby certify and say:

1. Through my attorney, a new request for loss mitigation will be filed outlining the new servicer.
2. I ask that the loss mitigation period be extended and not terminated so that the portal remains open as a package has been provided to my attorney and is ready to be uploaded through the DMM Portal.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 11, 2019　　　　　　　　　　　　　/s/ Wayne Freer
　　　　　　　　　　　　　　　　　　　　　　　　　WAYNE FREER