Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  19−10179−KCF
          Chapter:  13
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wayne Michael Freer
   780 Jenny Court
   Brick, NJ 08724

Social Security No.:
   xxx−xx−4709

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/13/19 at 09:00 AM

to consider and act upon the following:

*26* − Application for Early Termination of Loss Mitigation Period. Filed by Nicholas V. Rogers on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2005−2. Objection deadline is 2/11/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Certificate of Service) (Rogers, Nicholas)

Dated: 2/11/19

                                               Jeanne Naughton
                                               Clerk, U.S. Bankruptcy Court