Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−10179−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wayne Michael Freer
   780 Jenny Court
   Brick, NJ 08724

Social Security No.:
   xxx−xx−4709

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/13/19 at 09:00 AM

to consider and act upon the following:

*28* − Notice of Request for Loss Mitigation re:Specialized Loan Servicing, filed by William H. Oliver, Jr. on behalf of Wayne Michael Freer. Objection deadline is 02/25/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Oliver, Jr., William)

Dated: 2/13/19

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court