

Order Filed on February 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Wayne Michael Freer

Case No.:     19-10179

Chapter:     13

Hearing Date:

Judge:     Kathryn C. Ferguson

## ORDER VACATING

## Order Granting Application for Early Termination of Loss Mitigation

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

<u>Order Granting Application for Early Termination of Loss Mitigation</u>

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated <u>February 11, 2018</u>, be and the same is hereby vacated.

*revised 2/25/14*