| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1(b)** 821304 **PHELAN HALLINAN DIAMOND & JONES, PC** 1617 JFK Boulevard, Suite 1400 Philadelphia, PA 19103 856-813-5500 **Attorneys for U.S. Bank National Association, as Trustee For Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-2** | |
|---|---|
| | Order Filed on February 11, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: WAYNE MICHAEL FREER A/K/A WAYNE FREER A/K/A WAYNE M. FREER | Case No: 19-10179 - KCF Judge: Kathryn C. Ferguson Chapter: 13 |

# ORDER RESPECTING REQUEST FOR
# EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation, filed by William H. Oliver, Jr. on behalf of Wayne Michael Freer, on 01/23/2019, and a Request for

☒ Early Termination of the Loss Mitigation Period having been filed by U.S. Bank National Association, As Trustee For Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-2, and for good cause shown

**It is hereby ORDERED that**

**The Loss Mitigation Period is terminated effective 02/10/2019.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10179-KCF
Wayne Michael Freer                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Feb 11, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db             +Wayne Michael Freer,    780 Jenny Court,    Brick, NJ 08724-7176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
               rsolarz@kmllawgroup.com
              Tiffany L Byczkowski    on behalf of Creditor    Evergreen Woods Park Condominium Association, Inc.
               collections@theassociationlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Wayne Michael Freer bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                                TOTAL: 7