Order Filed on February 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Wayne Michael Freer | Case No.: 19-10179<br>Chapter: 13<br>Hearing Date: _____<br>Judge: Kathryn C. Ferguson |

## ORDER VACATING

## Order Granting Application for Early Termination of Loss Mitigation

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 13, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

<u>Order Granting Application for Early Termination of Loss Mitigation</u>

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated <u>February 11, 2018</u>, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Wayne Michael Freer  
    Debtor

Case No. 19-10179-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 13, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.  
db           +Wayne Michael Freer,    780 Jenny Court,    Brick, NJ 08724-7176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2019 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2 nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
         Tiffany L Byczkowski    on behalf of Creditor    Evergreen Woods Park Condominium Association, Inc. collections@theassociationlawyers.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William H. Oliver, Jr.    on behalf of Debtor Wayne Michael Freer bkwoliver@aol.com, R59915@notify.bestcase.com  
                                                                                                                       TOTAL: 7