UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune, NJ 07753
732-988-1500
WO-7129
Attorney for Debtor

Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WAYNE MICHAEL FREER

| | |
|---|---|
| Case No.: | 19-10179 |
| Chapter: | 13 |
| Judge: | KCF/MBK |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 18, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___March 15, 2019___ :

Property:     780 Jenny Court, Brick, NJ 08724

Creditor:     Specialized Loan Servicing

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Attorney for Debtor___, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___September 15, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10179-KCF
Wayne Michael Freer                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1           Date Rcvd: Jun 19, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
db             +Wayne Michael Freer,    780 Jenny Court,    Brick, NJ 08724-7176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
               rsolarz@kmllawgroup.com
              Tiffany L Byczkowski    on behalf of Creditor    Evergreen Woods Park Condominium Association, Inc.
               collections@theassociationlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Wayne Michael Freer bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 7