UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

Order Filed on July 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WAYNE MICHAEL FREER

              Debtor

Case No.: 19-10179

Adv. No:

Hearing Date: n/a

Chapter: 13

Oral Argument Requested if Objection Filed

Judge: Michael B. Kaplan

## ORDER APPROVING AND AUTHORIZING FINAL LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED.**

**DATED: July 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., Esq., attorney for the debtor(s), on the debtor(s)' Motion to Approve and Authorize **Final** Loan Modification, and the Court having considered the debtor(s) Motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby

**ORDERED** that the debtor(s) be and hereby are authorized to enter into a loan modification to modify the first mortgage on the debtor(s)' real property located at **780 Jenny Court, Brick, NJ** and it if further

**ORDERED** that the debtor(s) shall:

____    Satisfy all plan obligations from financing proceeds

__X__   Continue to make payments under the Plan as proposed or confirmed

____    Modify the Plan as follows:

And it is further

**ORDERED** that debtor(s)' counsel shall be allowed a legal fee of $___(to be filed)___ for representation in connection with this Motion, which is to be paid (**choose one**):

____ at closing          __X__ through the plan          ____ outside the plan

And it is further

**ORDERED** that Fed. R. Bankr. P. 6004(g) which provides for a ten (10) day stay of this Order,

____ is applicable          __X__ is not applicable

**ORDERED** that the following other provisions apply:

1.    Debtor(s) is granted approval to enter into a permanent loan modification.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. Debtor(s) shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10179-MBK
Wayne Michael Freer                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Jul 17, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
db             +Wayne Michael Freer,    780 Jenny Court,    Brick, NJ 08724-7176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
       Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
       CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2
       nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
       Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
       rsolarz@kmllawgroup.com
      Tiffany L Byczkowski    on behalf of Creditor    Evergreen Woods Park Condominium Association, Inc.
       collections@theassociationlawyers.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor Wayne Michael Freer bkwoliver@aol.com,
       R59915@notify.bestcase.com
                                                                                                                                                            TOTAL: 7