| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on October 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WAYNE MICHAEL FREER<br><br>                     Debtor | Case No.: 19-10179<br><br>Adv. No:<br><br>Hearing Date: 09-25-2019 @ 9AM<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

**ORDER TO MODIFY PROOF OF CLAIM #3 FILED BY
U.S. BANK NATIONAL ASSOCIATION TRUSTEE C/O SPECIALIZED LOAN
SERVICING LLC TO SHOW PRE-PETITION ARREARS AS ZERO (-0-)**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: October 3, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:     WAYNE FREER
Case No.    19-10179(MBK)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #3 FILED BY U.S. BANK NATIONAL ASSOCIATION TRUSTEE C/O SPECIALIZED LOAN SERVICING LLC TO SHOW PRE-PETITION ARREARS AS ZERO (-0-)
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #3 filed by U.S. Bank National Association Trustee c/o Specialized Loan Servicing LLC to show pre-petition arrears as zero (-0-) and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #3 filed U.S. Bank National Association Trustee c/o Specialized Loan Servicing LLC shall be and is hereby MODIFIED to show pre-petition arrears as zero (-0-)  ; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __7__ days of the date hereof.