| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | Order Filed on October 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>WAYNE MICHAEL FREER<br><br>                    Debtor | Case No.: 19-10179<br><br>Adv. No:<br><br>Hearing Date: 09-25-2019 @ 9AM<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

### ORDER TO MODIFY PROOF OF CLAIM #3 FILED BY
### U.S. BANK NATIONAL ASSOCIATION TRUSTEE C/O SPECIALIZED LOAN
### SERVICING LLC TO SHOW PRE-PETITION ARREARS AS ZERO (-0-)

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: October 3, 2019**

                                                  Honorable Michael B. Kaplan
                                                  United States Bankruptcy Judge

Debtor:    WAYNE FREER
Case No.    19-10179(MBK)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #3 FILED BY U.S. BANK NATIONAL ASSOCIATION TRUSTEE C/O SPECIALIZED LOAN SERVICING LLC TO SHOW PRE-PETITION ARREARS AS ZERO (-0-)
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #3 filed by U.S. Bank National Association Trustee c/o Specialized Loan Servicing LLC to show pre-petition arrears as zero (-0-) and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #3 filed U.S. Bank National Association Trustee c/o Specialized Loan Servicing LLC shall be and is hereby MODIFIED to show pre-petition arrears as zero (-0-) ; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within ___7___ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-10179-MBK
Wayne Michael Freer                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Oct 04, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db            +Wayne Michael Freer,    780 Jenny Court,    Brick, NJ 08724-7176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
              Albert     Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
               rsolarz@kmllawgroup.com
              Tiffany L Byczkowski    on behalf of Creditor    Evergreen Woods Park Condominium Association, Inc.
               collections@theassociationlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Wayne Michael Freer bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 7