Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                  Case No.:  19−10179−MBK  
                  Chapter:  13  
                  Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Wayne Michael Freer  
    780 Jenny Court  
    Brick, NJ 08724

Social Security No.:  
    xxx−xx−4709

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      11/19/19  
Time:     02:00 PM  
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)  
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES  
fee: $1,030

EXPENSES  
expenses: $1,030

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 17, 2019
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Wayne Michael Freer  
    Debtor

Case No. 19-10179-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 2   Date Rcvd: Oct 17, 2019  
                     Form ID: 137   Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.

```
db             +Wayne Michael Freer,    780 Jenny Court,    Brick, NJ 08724-7176
cr             +Evergreen Woods Park Condominium Association, Inc.,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CIT,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
lm             +Wells Fargo Home Mortgage,    Sarah Hamblin, Executive Mortgage Specia,    1 Home Campus,
                 MAC X2302-02J,    Des Moines, IA 50328-0001
517952506      +Evergreen Woods Park Condo Association,    c/o McGovern Legal Services, LLC,    850 Carolier Lane,
                 North Brunswick, NJ 08902-3312
517975475      +Evergreen Woods Park Condominium Association, Inc.,    850 Carolier Lane,
                 North Brunswick, New Jersey 08902-3312
517952509      +Phelan Hallinan Diamond & Jones, P.C.,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517952511     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
518103206      +Specialized Loan Servicing LLC,    8742 Lucent Blvd., Suite 300,
                 Highlands Ranch, CO 80129-2386
517952510      Specialized Loan Servicing LLc,    PO Box 60535,    City of Industry, CA 91716-0535
518102498      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517952512      +US Bank NA/Citigroup/Wells Fargo,    c/o Phelan Hallinan Diamond & Jones, PC,
                 400 Fellowship Rd.,    Ste. 100,    Mount Laurel, NJ 08054-3437
517952513      +Wells Fargo Home Mortgage,    Po Box 10335,    Des Moines, IA 50306-0335
517952514      +Wells Fargo Home Mortgage,    Attn: Bankruptcy,    Po Box 10335,    Des Moines, IA 50306-0335
517952515      +Wells Fargo/Citigroup Mortgage,    c/o SLS,    8742 Lucent Blvd,    Ste. 300,
                 Littleton, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2019 01:16:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2019 01:16:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517952507      +E-mail/Text: loajcpc@optonline.net Oct 18 2019 01:16:26     Arnold J. Calabrese, Esq.,
                 25B Hanover Road,    Suite 120,    Florham Park, NJ 07932-1443
517952508       E-mail/Text: cio.bncmail@irs.gov Oct 18 2019 01:16:04     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517954666      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 01:21:46     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Specialized Loan Servicing LLC,    P.O. Box 60535,    City of Industry, CA 91716-0535
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Oct 17, 2019
                              Form ID: 137             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Mortgage
               Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee
               rsolarz@kmllawgroup.com
              Tiffany L Byczkowski    on behalf of Creditor    Evergreen Woods Park Condominium Association, Inc.
               collections@theassociationlawyers.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Wayne Michael Freer bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```