UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on November 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WAYNE FREER,

                Debtor

| | |
|---|---|
| Case No.: | 19-10179 |
| Chapter: | 13 |
| Hearing Date: | 11/19/19 @ 2:00 pm |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: November 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____1,030_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____1,030_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____144_____ per month for ___26___ months to allow for payment of the aforesaid fee.