**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

**Order Filed on October 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Wayne Freer,

                    Debtor

| | |
|---|---|
| Case No: | 19-10179 |
| Chapter: | 13 |
| Hearing Date: | 10/13/2021 |
| Judge: | MBK |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**     ☒ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 13, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 780 Jenny Court, Brick, NJ 08724

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: Evergreen Woods Park Assoc. (DJ-206085-2016)

    b.  Current Assignee: _____

    c.  Current Servicer: _____

    d.  Date of Mortgage/Lien: 06/08/2015

    e.  Date of Recordation: 11/03/2016

    f.  Place of Recordation: Superior Court of Ocean County

       i.  Mortgage Book: _____

      ii.  Page: _____

    g.  Original Principal Balance of Mortgage/Lien: $ 4,620.29

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-10179-MBK |
| Wayne Michael Freer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wayne Michael Freer, 780 Jenny Court, Brick, NJ 08724-7176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Mortgage Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Citigroup Mortgage Loan Trust Inc.  Mortgage Pass-Through Certificates, Series 2005-2, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com |
| Tiffany L Byczkowski | on behalf of Creditor Evergreen Woods Park Condominium Association  Inc. collections@theassociationlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 14, 2021                    Form ID: pdf903                            Total Noticed: 1

William H. Oliver, Jr.

on behalf of Debtor Wayne Michael Freer courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 6